UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CSC HOLDINGS INC.,　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　05-CV- 0285 (JBW)
　　　　　　　　　Plaintiff,

　-against-

WALTER SMITH,


　　　　　　　　　Defendant.
-----------------------------------------------------------------X

An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on April 3, 2006, dismissing the case for failure to prosecute; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the case is dismissed for failure to prosecute.


Dated: Brooklyn, New York　　　　　　　　　　Robert C. Heinemann
　　　　April 04, 2006　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Terry Vaughn
　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk
　　　　　　　　　　　　　　　　　　　for Operations